# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT FORCE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN GRAVES,<br><br>　　　　　Defendant. | Case No. 1:21-mc-00025-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND REQUEST FOR ORDER TO SHOW CAUSE WHY NON-PARTY SHOULD NOT BE HELD IN CONTEMPT<br><br>(ECF No. 1)<br><br>THREE DAY DEADLINE |

On March 22, 2021, Impact Force, Inc. ("Plaintiff"), filed this miscellaneous action originating from case number 20-cv-12458 in the United States District Court for the Eastern District of California. Plaintiff has filed a motion to compel compliance with a subpoena issued to Dapper Cigar Company, LLC ("Dapper"). (ECF No. 1.) The Court notes that the motion's heading in the caption is entitled "motion for order to show cause why non-party Dapper Cigar Company, LLC should not be held in contempt of court," and the notice of motion is similarly directed at Dapper. (ECF No.1 at 1-2.) The motion also indicates that following multiple communications between the various parties, "[a]s no legal counsel has confirmed to Impact Force that they are in fact representing Dapper in this matter, Impact Force is serving both Dapper CEO Ian Reith and Defendant's counsel with this Motion." (ECF No. 1 at 7 n.3.)

/ / /

1

The Court shall set a hearing on the motion and order Plaintiff to serve notice of the motion on the relevant parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion for order to show cause and to compel compliance with the subpoena shall be set for **April 28, 2021, at 10:00 a.m.** in Courtroom 9;

2. The hearing will be held via Zoom videoconference and the parties may access the videoconference with the following login information: **Zoom Meeting ID 160-322-2783 and Passcode 788201**; and

3. Plaintiff shall file proof of service demonstrating service on the relevant parties of the notice of motion containing the above hearing date and Zoom information, as well as a copy of this order, **within three (3) days of entry of this order**.

IT IS SO ORDERED.

Dated:   **March 24, 2021**

UNITED STATES MAGISTRATE JUDGE