# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT FORCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN GRAVES, <br><br> Defendant. | Case No.  1:21-mc-00025-SAB <br><br> ORDER WITHDRAWING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA VACATING HEARING AND DIRECTING CLERK OF COURT TO CLOSE MISCELLANEOUS ACTION <br><br> (ECF No. 5) |

On March 22, 2021, Impact Force, Inc. ("Plaintiff"), opened this miscellaneous action by filing a motion to compel compliance with a subpoena issued to Dapper Cigar Company, LLC. (ECF No. 1.)  On April 15, 2021, Plaintiff filed a notice of withdrawal of the motion to compel and a request to close this miscellaneous action.  (ECF No. 5.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel compliance with a subpoena and request for order to show cause (ECF No. 1), is WITHDRAWN;

2. The hearing on Plaintiff's motion to compel compliance with the subpoena set for **April 28, 2021, at 10:00 a.m.** in Courtroom 9, is VACATED; and

///

///

///

3. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this miscellaneous action and adjust the docket to reflect a voluntary dismissal.

IT IS SO ORDERED.

Dated: **April 15, 2021**

UNITED STATES MAGISTRATE JUDGE